MIDWEST OF CANNON FALLS, INC., PLAINTIFF *v.*
UNITED STATES, DEFENDANT

Consolidated Court No. 92–03–00206

(Dated May 12, 1998)

## JUDGMENT ORDER

GOLDBERG, *Judge:* In accordance with the decision (Aug. 14, 1997) and mandate (Oct. 6, 1997) of the United States Court of Appeals for the Federal Circuit, Appeal Nos. 96–1271 and 96–1279, affirming-in-part and reversing-in-part this Court's decision in *Midwest of Cannon Falls, Inc. v. United States*, 20 CIT 123, Slip Op. 96–19 (Jan. 18, 1996) *("Midwest")*, it is hereby

ORDERED that the portion of this Court's Opinion and Order in *Midwest*, holding that Customs properly classified jack-o-lantern earthenware mugs and jack-o-lantern earthernware pitchers under HTSUS subheadings 6912.00.44 and 6912.00.48, respectively, is vacated; and it is further

ORDERED that Customs shall reliquidate the aforementioned subject merchandise under HTSUS subheading 9505.90.60 as "Other festive articles," in accordance with the Federal Circuit's decision and mandate. Customs shall refund all excess duties paid with interest as provided by law.